FILED
January 3, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE ELFEGO GUTIERREZ-GOMEZ, ) <br> ) <br> Defendant. ) | Case No. 2:18MJ00262-DB-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE ELFEGO GUTIERREZ-GOMEZ , Case No.  2:18MJ00262-DB-1 , Charge  8 USC § 1326(a) & (b)(2) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". *To be released 1/7/2019 - 9:00 am. to Pretrial / Services Officer*

Issued at  Sacramento, CA  on  January 3, 2019  at  2:00 pm .

                                                       By   /s/ Allison Claire/s/ Allison Claire
                                                                Allison Claire
                                                                United States Magistrate Judge

Copy 2 - Court