HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE ELFEGO GUTIERREZ-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00006 KJM |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | ) |
| JOSE ELFEGO GUTIERREZ-GOMEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Shea Jon Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant Jose Elfego Gutierrez-Gomez, that the conditions of release be modified as follows: Mr. Gutierrez-Gomez's Special Conditions of Release #11 be Amended to read as follows: 11. **CURFEW:** You must remain inside your residence every day from **9:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions are to remain as previously ordered.

//

//

//

Stipulation and proposed order amending
conditions of release

# AMENDED SPECIAL CONDITIONS OF RELEASE

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

11. CURFEW: You must remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

12. Your release on bond will be delayed until 9:00AM on Monday January 7, 2019, at which time you will be released directly from the custody of the U.S. Marshals to Pretrial Services.

Mr. Gutierrez-Gomez has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Darryl Walker and Assistant United States Attorney Shea Jon Kenny concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: May 7, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JOSE ELFEGO GUTIERREZ-GOMEZ

1 | Dated: May 7, 2019 | McGregor W. Scott
United States Attorney

*/s/ Shea Jon Kenny*
SHEA JON KENNY
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and proposed order amending
conditions of release

**ORDER**

IT IS HEREBY ORDERED that Mr. Jose Elfego Gutierrez-Gomez's confinement and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

DATED: May 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and proposed order amending
conditions of release