UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

June 21, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )          Case No. 2:19CR00006-KJM
                           )
v.                         )          ORDER FOR RELEASE OF
                           )          PERSON IN CUSTODY
JOSE ELFEGO GUTIERREZ-GOMEZ, )
                           )
          Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE ELFEGO GUTIERREZ-GOMEZ , Case

No.  2:19CR00006-KJM  , Charge  8USC § 1326(B)(2)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of $__

✔     Unsecured Appearance Bond $25,000.00

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

✔     (Other)       Pretrial conditions as stated on the record.

The defendant shall be released to the Pretrial Officer on 6/24/2019 @ 9:00 a.m. to be taken to Well

Space Treatment Facility.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 21, 2019  at  2:19 pm  .

                              By   /s/ Allison Claire/s/ Allison Claire
                                   Allison Claire
                                   United States Magistrate Judge

Copy 2 - Court