McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-006 KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO COMPEL FINGERPRINTS |
| JOSE ELFEGO GUTIERREZ-GOMEZ, | |
| Defendant. | |

IT IS HEREBY ORDERD THAT the defendant, Jose Elfego Gutierrez-Gomez, shall provide fingerprints to the fingerprint analyst designated by the government for purposes of fingerprint comparison.

DATED: July 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING GOVERNMENT'S
UNOPPOSED MOTION TO COMPEL FINGERPRINTS